UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LEISA BUSCHELL MONK

Plaintiff

V.

CIVIL ACTION NO

1:10-cv-00492-BEL

CARDWORKS SERVICING, LLC

Defendant.

APRIL 19, 2010

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

APPROVED THIS 20th DAY OF April 2010
*Benson Everett Legg*
BENSON EVERETT LEGG, U.S.D.J.